# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JACQUELINE HOOD,

                Plaintiff,

v.

STATE OF WISCONSIN and
UNIVERSITY OF WISCONSIN-
MILWAUKEE,

                Defendants.

Case No. 23-CV-1339-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

_____      *s/ Jodi L. Malek*
December 22, 2023           _____
Date                  By: Deputy Clerk